MATILDA PFLUGER, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

(Submitted February 11, 1918; decided February 15, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 222 N. Y. 633.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARK ROW REALTY COMPANY, Appellant, *v.* MARTIN SAXE et al., as State Tax Commissioners et al., Respondents.

(Submitted February 11, 1918; decided February 15, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 222 N. Y. 659.)

---

S. RAE HICKOK, Respondent, *v.* WILLIAM R. GANTLEY et al., Appellants.

*Hickok* v. *Gantley*, 181 App. Div. ——, appeal dismissed.

(Submitted February 11, 1918; decided February 15, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Claude S. Smith* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.